UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Chapter 11 Case Nos. 09-14929
                                                               through 09-14931 (Judge Glenn)
In re:
                                                               (Jointly Administered)
PARK AVENUE RADIOLOGISTS, P.C.,
*et al.*,

              Reorganized Debtors.
------------------------------------------------------------x
PARK AVENUE RADIOLOGISTS, P.C.,        Adversary Proceeding No. 10-05463

                    Plaintiff,    NOTICE OF APPEARANCE,
                                                       ADMISSION OF
- against -                                            SERVICE, AND STIPULATION

JOHN MELNICK, M.D.,

                    Defendant.
------------------------------------------------------------x

Ackerman, Levine, Cullen, Brickman & Limmer, LLP, ("ALCBL") hereby having appeared in this adversary proceeding as attorneys for defendant and hereby having admitted service of the complaint upon defendant, it is hereby stipulated and agreed that:

1)       When a summons is issued in the above-referenced action and is filed on the ECF system, ALCBL will accept service of the summons on behalf of defendant by electronic ECF notice and/or by electronic mail; and

2) The defendant shall answer or move with respect to the complaint on or before February 4, 2011.

    ARENT FOX LLP

By: *Mark A. Angelov/JMB*
    Mark A. Angelov
Attorneys for Reorganized Debtors
1675 Broadway
New York, New York 10019
(212) 484-3900

ACKERMAN, LEVINE, CULLEN,
  BRICKMAN & LIMMER, LLP

By: *John Brickman*
    John M. Brickman
    A Member of the Firm

Attorneys for Defendant
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
(516) 829-6900

271386